

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 5714 | **DATE** | 8-13-12 |
| **CASE TITLE** | Vernon Eatman v. Cook County Jail | | |

**DOCKET ENTRY TEXT:**

The plaintiff is directed to submit a proposed amended complaint (along with a judge's copy and service copies) within thirty days of the date of this order. Failure of the plaintiff to comply within thirty days will result in denial of leave to proceed *in forma pauperis* and summary dismissal of this case.

■ [For further details see text below.]    Docketing to mail notices.

## STATEMENT

The plaintiff, Vernon Eatman, a former inmate at the Cook County Jail, has submitted a *pro se* civil rights complaint under 42 U.S.C. § 1983 and seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, the plaintiff must submit an amended complaint, as the document on file fails either to state a claim, or to comply with the requirements of Fed. R. Civ. P. 8(a) and 11(a).

Under the Federal Rules of Civil Procedure, a complaint must contain: (1) a short and plain statement of the grounds for jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought. *See* Fed. R. Civ. P. 8(a). In addition, every document filed must bear the filer's signature. *See* Fed. R. Civ. P. 11(a). Here, the plaintiff has left the fact section blank; he has also failed to include the last page of the court's preprinted civil rights complaint form, which elicits the relief sought and a signature. In addition, the only named defendant, the Cook County Jail, is not a suable entity. *See Castillo v. Cook County Department Mail Room*, 990 F.2d 304 (7th Cir. 1993); *see also Fergurson v. Cook County Jail*, No. 04 C 7087, 2004 WL 2967444, *2 (N.D. Ill. Nov. 19, 2004) (Shadur, J.)

The plaintiff must draft an amended complaint indicating how a constitutional right was violated and naming as defendants those specific individuals who are directly, personally responsible for the matters about which he is attempting to sue. In order to be liable under 42 U.S.C. § 1983, a defendant must have both (a) acted **(CONTINUED)**

mjm

under color of state law and (b) violated a constitutional right. *See, e.g., Parker v. Franklin County Community School Corp.*, 667 F.3d 910, 925 (7th Cir. 2012).

In sum, if the plaintiff wishes to proceed with this suit, he must, within thirty days of the date of this order, submit an amended complaint naming as defendants those individuals personally responsible for violating his constitutional rights. As with every document filed with the court, the plaintiff must provide both the original and a judge's copy; he must also include a sufficient number of carbon copies or photocopies of the amended complaint for service on each named defendant. The clerk will provide the plaintiff with an amended complaint form and instructions along with a copy of this order. If the plaintiff fails to comply with the above directives within thirty days, the court will dismiss the case, on the understanding that plaintiff does not wish to pursue this lawsuit.